UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. **CV 16-4414-DMG (SKx)** | Date September 7, 2016 |
| Title *Chris Langer v. Manuel J. Simental, et al.* | Page 1 of 1 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS)    ORDER AND NOTICE TO ALL PARTIES**

In light of parties' notice of settlement, filed September 6, 2016 [Doc. # 23], indicating that the case has settled in its entirety, this action is placed in inactive status.

By November 7, 2016 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of November 8, 2016.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. The order to show cause dated September 6, 2016 [Doc. # 22] is hereby DISCHARGED.

IT IS SO ORDERED.